**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ANTHONY BLOUNT,<br>　　Plaintiff, | §<br>§<br>§ | |
| *versus* | §<br>§ | CASE NO.  1:18-CV-00406-MAC |
| | § | |
| POPEYES LOUISIANA KITCHEN,<br>　　Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION TO DISMISS

On April 9, 2020, *pro se* Plaintiff Anthony Blount ("Blount") filed a "Motion to Dismiss Case with Prejudice."  Doc. No. 21.  Blount states that he is unable to represent himself and would like to dismiss his case.  *Id.*  On April 13, 2020, United States Magistrate Judge Zack Hawthorn entered a report (Doc. No. 22), which recommended granting Blount's motion to dismiss with prejudice.  Neither party filed objections to the magistrate judge's report and recommendation and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 22) is **ADOPTED**.  Accordingly, Blount's "Motion to Dismiss Case with Prejudice" (Doc. No. 21) is **GRANTED** and Blount's case is **DISMISSED**.

SIGNED at Beaumont, Texas, this 5th day of May, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE